```
            IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF ARKANSAS
                     JONESBORO DIVISION
```

EVORA McJOY                                              Plaintiff

v.                         5:07CV00150 BSM/HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

**<u>ORDER</u>**

The Clerk of Court is directed to reissue summonses for service upon (1) Mr. Michael J. Astrue, Commissioner of the Social Security Administration, through the Office of the General Counsel, (2) Mr. Eric Holder, Attorney General of the United States and (3) Ms. Jane Duke, United States Attorney for the Eastern District of Arkansas. The United States Marshal shall serve the summonses without prepayment of fees and costs or security therefor.

IT IS SO ORDERED.

DATED this 8th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE