IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EVORA McJOY                                                                                    PLAINTIFF

V.                              CASE NO. 5:07CV00150-BSM-HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## **ORDER**

Pending before the court is Defendant's Unopposed Motion to Remand for Further Administrative Proceedings. (DE # 13) Sentence six of 42 U.S.C. § 405(g) authorizes a remand in two limited situations: where the Commissioner requests a remand before answering the complaint, or where the court orders the Commissioner to consider new, material evidence that was for good cause not presented before the agency. Here, the Defendant has not yet filed an Answer to Plaintiff's complaint; thus, remand pursuant to sentence six of 42 U.S.C. § 405(g) is appropriate. Therefore, the Commissioner's unopposed motion to remand is hereby granted, and the case is remanded to the Commissioner for further administrative action pursuant to "sentence six" of section 405(g).

IT IS SO ORDERED this 23rd day of June , 2009.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE