UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EVORA MCJOY**                                                                                    **PLAINTIFF**

v.                          **CASE NO. 5:07cv00150 BSM/JTK**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                               **DEFENDANT**

## ORDER

The proposed findings and recommendations received from United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After careful review, it is concluded that the proposed findings and recommendations should be, and are hereby, approved and adopted in all respects in their entirety.

Accordingly, judgment shall be entered dismissing this complaint with prejudice.

IT IS SO ORDERED this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE