# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**EVORA MCJOY**                                                                                    **PLAINTIFF**

**v.**                           **CASE NO. 5:07cv00150 BSM/JTK**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Pursuant to the order entered today, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE